

**Appeal Ordered Withdrawn and Opinion issued March 21, 2000**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-00-00390-CR

**LAURIE WARE, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F98-36879-H

## OPINION PER CURIAM

Before Chief Justice Thomas and Justices Kinkeade and O'Neill

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion and **ORDERS** the appeal withdrawn and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

Case Number: 05-00-00390-CR    Date Filed: 03/08/2000

Style:  Ware, Laurie
      v.
      The State of Texas

Trial Judge:        Janice Warder
Trial Court Reporter:
Trial Court:        CRIMINAL DISTRICT COURT # 1  Trial County:      DALLAS

---

APP   Mr. David Bulbow
      ATT 003320600
      Suite C-1, Lb 2
      133 N Industrial Blvd Ste 9
      Dallas, Tx 75207-4399
      Phone 214/653-3561
      Fax 214/653-3539

STA   William T. (Bill) Hill, Jr.
      ATT 009669000
      ATTN:  APPELLATE SECTION
      Frank Crowley Courts Bldg., 10th FL
      133 N. Industrial Blvd. LB 19
      Dallas, TX 75207
      Phone 214/653-3845
      Fax